**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 10 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, <br><br> Plaintiff - Respondent, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> COACHELLA VALLEY WATER DISTRICT; et al., <br><br> Defendants - Petitioners. | No. 15-80053 <br><br> D.C. No. 5:13-cv-00883-JGB-SP <br> Central District of California, Riverside <br><br><br> ORDER |

Before: PAEZ and TALLMAN, Circuit Judges.

Petitioners' opposed motion for leave to file a 16-page reply in support of the petition is granted.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

AGL/MOATT